# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-three.

_____

| | |
|---|---|
| Connecticut Fair Housing Center, Carmen Arroyo, | **ORDER** |
|     Plaintiffs - Appellants-Cross Appellees, | Docket Nos. 23-1118(L), 23-1166(XAP) |
| v. | |
| Corelogic Rental Property Solutions, LLC, | |
|     Defendant - Appellee-Cross Appellant. | |

_____

    The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

    The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

