# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| Connecticut Fair Housing Center and Carmen Arroyo, individually and as conservator of Mikhail Arroyo, <br><br> Plaintiffs-Appellants-Cross-Appellees <br><br> v. <br><br> CoreLogic Rental Property Solutions, LLC, <br><br> Appellee-Cross-Appellant | Nos. 23-118, 23-1166 |

## HEARING DATE ACKNOWLEDGEMENT

Counsel for Plaintiffs-Appellants-Cross-Appellees Connecticut Fair Housing Center and Carmen Arroyo acknowledge and confirm their intent to appear for the hearing in this matter on November 20, 2024, at 2:00 p.m. as follows:

---

Name of the Attorney presenting argument: **Eric Dunn**
Firm Name (if applicable): **National Housing Law Project**
Current Telephone Number: **(206) 914-3798**
The above named attorney represents:
    (**X**) Appellant/Petitioner ( ) Appellee-Respondent ( ) Intervenor

Date: **Oct. 23, 2024**　　　　　Signature: **s/Eric Dunn**