**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 23-1118(L), 23-1166 (XAP)

Caption [use short title]

**Motion for:** voluntary dismissal of appeal by Connecticut Fair Housing Center

Connecticut Fair Housing Center, et al.,

v.

CoreLogic Rental Property Solutions, LLC.

Set forth below precise, complete statement of relief sought:

Dismiss appeal of Connecticut Fair Housing Center, with prejudice, and with each side to bear its own costs.

**MOVING PARTY:** Connecticut Fair Housing Center

**OPPOSING PARTY:** CoreLogic Rental Property Solutions

- [x] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [ ] Appellee/Respondent

**MOVING ATTORNEY:** Christine E. Webber

**OPPOSING ATTORNEY:** Timothy St. George

[name of attorney, with firm, address, phone number and e-mail]

Cohen Milstein Sellers & Toll PLLC

Troutman Pepper Hamilton Sanders LLP

1100 New York Ave NW 8th floor, Washington, D.C. 20005

1001 Haxall Point Richmond, VA 23219

202-408-4600, cwebber@cohenmilstein.com

(804) 697-1200, timothy.st.george@troutman.com

Court- Judge/ Agency appealed from: US District Court for the District of Connecticut, Judge Vanessa L. Bryant

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [ ] Unopposed
- [x] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [ ] No
- [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?
- [ ] Yes
- [ ] No

Has this relief been previously sought in this court?
- [ ] Yes
- [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?
- [ ] Yes
- [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?
- [x] Yes
- [ ] No  If yes, enter date: Oral Argument held on November 20, 2024

**Signature of Moving Attorney:**

CWEBBER  Digitally signed by CWEBBER Date: 2025.04.16 14:51:27 -04'00'  **Date:** 4/16/25

Service :
- [x] Electronic
- [ ] Other [Attach proof of service]

**Form T-1080 (rev. 10-23)**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————

NOS. 23-1118(L), 23-1166 (XAP)

CONNECTICUT FAIR HOUSING CENTER and CARMEN ARROYO,
INDIVIDUALLY AND AS CONSERVATOR OF MIKHAIL ARROYO,
*Plaintiffs-Appellants-Cross-Appellees*
v.

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,
*Defendant-Appellee-Cross-Appellant*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

———————

**CONNECTICUT FAIR HOUSING CENTER'S MOTION
TO DISMISS APPEAL**


Pursuant to Fed. R. App. P. 42(b)(2), the Connecticut Fair Housing

Center (CFHC) moves to dismiss its appeal, with prejudice and without

costs. Carmen Arroyo, individually and as conservator of Mikhail

Arroyo, would remain as Appellant. Counsel consulted with counsel for

Appellee CoreLogic Rental Property Solutions, who indicated that

Appellee would not consent to dismissal without an award of taxable

costs.

CFHC and Ms. Arroyo pursue the same claims under the Fair Housing Act, and Ms. Arroyo pursues claims under the Fair Credit Reporting Act as well. While not an issue briefed by the parties, the question of whether CFHC has organizational standing was raised during oral argument. CFHC became aware of recent authority further supporting its position that it has standing. Rather than submit supplemental authority and seek supplemental briefing given the issue was not briefed prior to argument, CFHC decided to dismiss its claims, to save the parties' resources and avoid further delay in resolving the substantive claims which are fully addressed by Plaintiff-Appellant Arroyo.

CFHC sought CoreLogic's consent to dismissal, but CoreLogic would not consent without CFHC being taxed for CoreLogic's costs. Because CFHC's claims wholly overlap with Ms. Arroyo's claims, CoreLogic incurred no more taxable costs responding to the appeal by CFHC and Ms. Arroyo than it would have incurred if only Ms. Arroyo had appealed. Thus, CoreLogic is no worse off if CFHC is permitted to dismiss its appeal without costs being taxed. Indeed, if CFHC did not

2

dismiss its appeal, then CoreLogic would be burdened by responding to

CFHC's submission of supplemental authority.

Appellant has found only one case in which an appellee objected to

voluntary dismissal, seeking an award of not only costs but also fees.

*See Overseas Cosmos, Inc. v. NR Vessel Corp.*, 148 F.3d 51 (2d Cir.

1998). In that case, the Second Circuit granted appellant's motion for

dismissal, and "required each party to bear its own costs and attorneys'

fees." *Id.* at 52. Appellant has located only two other cases from this

circuit available on Westlaw where a motion under FRAP 42(b)(2) was

referenced, rather than a stipulation. In both cases, the motion to

dismiss the appeal was granted, in *Finco Prime Consulting Corp. v.*

*Belmamoun*, No. 23-298, 2023 WL 5672552, at *1 (2d Cir. May 25,

2023), this Court dismissed "without costs to either side." In *Martin v.*

*Town of Ulster*, No. 23-7844, 2024 WL 4866899, at *1 (2d Cir. Mar. 1,

2024), this Court dismissed without any reference to costs.

Given three instances of FRAP 42(b)(2) motions being granted

with each party to bear its own costs, or with no reference to costs, and

given no basis to find CoreLogic's costs were increased due to CFHC's

participation in this appeal through this point, CFHC respectfully

3

requests that its appeal be dismissed, with prejudice, and with each

party to bear its own costs and fees.

Respectfully Submitted this 16th day of April, 2025,


| /s/ Eric Dunn | /s/Christine Webber | |
|---|---|---|
| Eric Dunn | Christine Webber | Greg Kirschner |
| **National Housing Law Project** | **Cohen Milstein Sellers & Toll PLLC** | **Connecticut Fair Housing Center** |
| 919 E. Main Street Suite 610 | 1100 New York Ave NW 8th floor | 60 Popieluszko Ct. Hartford, CT 06106 |
| Richmond, VA 23219 | Washington, D.C. 20005 | (860) 263-0724 |
| (415) 546-7000 | (202) 408-4600 | greg@ctfairhousing.org |
| edunn@nhlp.org | cwebber@cohenmilstein.com | |

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 476 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft 365.

April 16, 2025                              */s/Christine Webber*
                                        Christine Webber
                                        **Cohen Milstein Sellers & Toll
                                        PLLC**
                                        1100 New York Ave NW
                                        8th floor
                                        Washington, D.C. 20005
                                        (202) 408-4600
                                        cwebber@cohenmilstein.com