# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

―――――――

NOS. 23-1118(L), 23-1166 (XAP)

CONNECTICUT FAIR HOUSING CENTER and CARMEN ARROYO, INDIVIDUALLY AND AS CONSERVATOR OF MIKHAIL ARROYO,
    *Plaintiffs-Appellants-Cross-Appellees*
v.

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,
    *Defendant-Appellee-Cross-Appellant*

―――――――

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

―――――――

**CONNECTICUT FAIR HOUSING CENTER'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS APPEAL**

Pursuant to Fed. R. App. P. 27(a)(4), the Connecticut Fair Housing Center (CFHC) files this reply in support of its motion to dismiss its appeal, with prejudice and without costs.

Defendant-Appellee CoreLogic devotes most of its argument that this Court should tax costs to its claim for costs in the district court. However, CFHC never asked this Court to address costs in the district court, but only to address costs in *this* Court, in connection with the appeal it seeks to dismiss. When the appeal is resolved and the case

returns to the district court, CoreLogic can file a petition for costs, and any arguments CFHC has in opposition to imposing such costs will be made there. Thus, CoreLogic's concerns about district court costs provide no basis to deny CFHC's request that its appeal be dismissed with each party to bear its own fees and costs on appeal.

With respect to appellate costs, CoreLogic concedes the parties agreed to split the costs of having the vendor print hard copies and deliver them to the Court. CoreLogic does not identify what other taxable costs associated with the appeal it believes it has incurred.

More significantly, CoreLogic has cited no cases supporting its contention that a party may not be permitted to dismiss its appeal under Fed. R. App. P. 42(b)(2) without costs being assessed against the dismissing party. In contrast, CFHC identified *three* instances in which this Court has granted dismissal under Fed. R. App. P. 42(b)(2) without taxing costs against the dismissing party. While two were brief orders with no discussion, *Overseas Cosmos, Inc. v. NR Vessel Corp.*, 148 F.3d 51 (2d Cir. 1998) provided an opinion. While CoreLogic notes that most of the opinion is devoted to the novel question of a party seeking fees against a dismissing party, it cannot erase the fact that the Court noted

2

the request for costs as well, and "required each party to bear its own costs and attorneys' fees." *Id.* at 52. CoreLogic also seeks to distinguish *Overseas Cosmos* on the ground that the appeal was dismissed pre-argument, but provides no basis to find that a meaningful distinction.

For these reasons, as well as those set forth in CFHC's motion, CFHC's motion should be granted, its appeal dismissed, with prejudice, and with each party to bear its own costs and fees.

Respectfully Submitted this 28th day of April, 2025,

| */s/ Eric Dunn* | */s/Christine Webber* | |
|---|---|---|
| Eric Dunn | Christine Webber | Greg Kirschner |
| **National Housing Law Project** | **Cohen Milstein Sellers & Toll PLLC** | **Connecticut Fair Housing Center** |
| 919 E. Main Street Suite 610 | 1100 New York Ave NW 8th floor | 60 Popieluszko Ct. Hartford, CT 06106 |
| Richmond, VA 23219 | Washington, D.C. 20005 | (860) 263-0724 |
| (415) 546-7000 | (202) 408-4600 | greg@ctfairhousing.org |
| edunn@nhlp.org | cwebber@cohenmilstein.com | |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 389 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Century Schoolbook 14-point font using Microsoft Word for Microsoft 365.

April 28, 2025                      */s/Christine Webber*
                                                    Christine Webber
                                                    **Cohen Milstein Sellers & Toll PLLC**
                                                    1100 New York Ave NW
                                                    8th floor
                                                   Washington, D.C. 20005
                                                   (202) 408-4600
                                                   cwebber@cohenmilstein.com