# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

NOS. 23-1118(L), 23-1166(XAP)

CONNECTICUT FAIR HOUSING CENTER AND CARMEN ARROYO,
INDIVIDUALLY AND AS CONSERVATOR OF MIKHAIL ARROYO,
Plaintiffs-Appellants-Cross-Appellees,

v.

CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,
Defendant-Appellee-Cross-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

## APPELLEE'S REPLY IN FURTHER SUPPORT OF BILL OF COSTS

Pursuant to Rule 39 of the Federal Rules of Appellate Procedure and Rule

39.1 of the Local Rules of the United States Court of Appeals for the Second

Circuit, Defendant-Appellee-Cross-Appellant CoreLogic Rental Property

Solutions, LLC ("CoreLogic") respectfully submits this reply to the objections of

Plaintiffs-Appellants-Cross-Appellees ("Appellants") (Doc. 162) to the Bill of

Costs submitted by CoreLogic.

Appellants' principal objection is that the printer's invoice did not expressly

state whether the rate included charges for covers and binding. As explained in the

accompanying declaration, covers and bindings were not supplied by CoreLogic or

1

the parties, and instead were supplied by the printer, for the briefs and appendix, respectively. (Decl. ¶ 5.) This is consistent with the estimate that the parties received from the printer, which states that the overall rate of $2.05 per page included printing, covers, and binding. (*Id.* ¶ 4 & Ex. A.) CoreLogic actually incurred amounts for the covers and bindings of the proof and final form versions of the brief, reply brief, and the appendix. (*Id.* ¶¶ 3, 6.)

Overall, the costs set forth on CoreLogic's Bill of costs were necessarily incurred by CoreLogic, and are reasonable in amount. However, using the rates applied by Appellants, together with the covers and bindings, yields the following calculation:

| | | | |
|---|---|---|---|
| Proof copy of Appellee's brief, 80 pages, 6 copies | 80 x $0.20 x 6 $125 x 1 $5 x 6 | $96.00 $125 $30 | copying cover binding |
| Proof copy of Appellee's reply, 26 pages, 6 copies | 26 x $0.20 x 6 $125 x 1 $5 x 6 | $31.20 $125 $30 | copying cover binding |
| Appendix, 852 pages, 4 volumes, 6 copies | 852 x $0.20 x 6 $125 x 1 $5 x 4 x 6 | $1,022.40 $125 $120 | copying cover binding |
| Final copy of Appellee's brief, 80 pages, 6 copies | 80 x $0.20 x 6 $125 x 1 $5 x 6 | $96.00 $125 $30 | copying cover binding |
| Final copy of Appellee's reply, 26 pages, 6 copies | 26 x $0.20 x 6 $125 x 1 $5 x 6 | $31.20 $125 $30 | copying cover binding |
| TOTAL | | $2,141.80 | |

Appellants did not object to the taxing of the $500 docketing fee. Thus, at a minimum the total bill of costs is $2,641.80.

2

Dated: March 17, 2026
Hartford, Connecticut

Respectfully submitted,

By:     /s/ *Jill M. O'Toole*
       Jill M. O'Toole
       O'Toole + O'Toole PLLC
       280 Trumbull Street, 15th Fl.
       Hartford, CT 06103
       Tel.: 860.519.5813
       Fax: 914.232.1599
       jotoole@otoolegroup.com

       Timothy St. George
       TROUTMAN PEPPER LOCKE LLP
       1001 Haxall Point
       Richmond, VA 23219
       Tel.: 804.697.1254
       Fax: 804.698.6013
       timothy.st.george@troutman.com

       *Attorneys for Defendant-Appellee-Cross-Appellant CoreLogic Rental Property Solutions, LLC*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| CONNECTICUT FAIR HOUSING CENTER AND CARMEN ARROYO, Individually and as Conservator of MIKHAIL ARROYO,<br><br>   Plaintiffs-Appellants-Cross-Appellees,<br><br>v.<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,<br><br>   Defendant-Appellee-Cross-Appellant. | Nos. 23-1118(L), 23-1166(XAP) |

## **DECLARATION**

I, Jill M. O'Toole, an attorney admitted to practice before this Court affirms the following under penalty of perjury:

1. I am co-counsel of record for Defendant-Appellee-Cross-Appellant CoreLogic Rental Property Solutions, LLC ("Appellee") in the above-captioned matter. I am familiar with the matters set forth in this Declaration based on my review of the case file.

2. I make this Declaration in further supply of Appellee's Bill of Costs so that costs may be taxed against Plaintiffs-Appellants-Cross-Appellees ("Appellants") and in favor of Appellee for insertion in the mandate pursuant to Federal Rule of Appellate Procedure 39.

3. The costs set forth on the Appellee's Bill of Costs were necessarily incurred by Appellee in this appeal and are reasonable.

4.     Appellee retained a printing company, Record Press, Inc., to prepare the paper copies of the submissions of the page proof and final briefs to the Court. The parties also jointly prepared the appendix and engaged Record Press to prepare the paper copies of the appendix for submission to the Court.  Attached hereto as Exhibit A is a true and correct copy of the estimate sent by Record Press to the parties, which indicates that the price being charged covered the covers and binding.

5.     Covers and bindings were not supplied by CoreLogic or the parties, and instead were supplied by the printer, for the briefs and appendix, respectively.

6.     Appellee actually incurred the costs shown on the invoice attached to the Bill of Costs, including costs for the covers and binding.  (Doc. 160).

7.     At a minimum, the total recoverable costs for the copying, covers, and binding using the rates applied by Appellants is $2,141.80.  Appellants do not object to the taxing of $500 for the docketing fee.  Therefore, the minimum total recoverable costs of $2,641.80 should be taxed against Appellants and in favor of Appellee for insertion in the mandate.

Dated:  March 17, 2026
         Hartford, Connecticut


                                    /s/ *Jill M. O'Toole*
                                    Jill M. O'Toole

**EXHIBIT A**



**Appellate Consulting and Management**

229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

**May 21, 2024**

<u>**Via Electronic Mail**</u>

| | |
|---|---|
| **Jill M. O'Toole, Esq.** | **Christine E. Webber** |
| **Timothy St. George** | **Cohen Milstein Sellers & Toll PLLC** |
| **O'Toole & O'Toole** | **1100 New York Avenue, N.W** |
| **280 Trumbull Street 15th Floor** | **Washington, District of Columbia 20005** |
| **Hartford, Connecticut 06103** | **(202) 408-4600** |

       **Re:** *Connecticut Fair Housing Center v. Corelogic Rental Property Solutions, LLC*

Dear Jill and Christine:

       Thank you for retaining the appellate services of **Record Press, Inc.** to prepare and submit your appeal in the above-named case.

       Based on the specifications provided, I have prepared the attached Estimate for your review, and a Purchase Order form for your approval.

       This Estimate reflects standard dollar amounts based on a typical appeal of this size.  Changes during the production process of your appeal may result in a price change. This includes additional pages to the Joint Record on Appeal/Appendix, increase in number of printed copies, and any other client-requested changes that may require paralegal or production staff time.

       We value your business and are confident you will be pleased with the quality of our work.  If you have any questions or comments about the Estimate provided herein, please do not hesitate to contact me at your earliest convenience.  Kindly indicate your approval by signing and emailing the Purchase Order form.  We will be unable to proceed with the submission of your appeal without your signature.  We look forward to working with you and exceeding your expectations.

Sincerely,

/s/ Nicole Garcia

Nicole Garcia
Tel: (212) 220-2763
E-mail: ngarcia@recordpress.com



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

**May 21, 2024**

**PURCHASE ORDER**

Jill M. O'Toole, Esq.                      Christine E. Webber
Timothy St. George                       Cohen Milstein Sellers & Toll PLLC
O'Toole & O'Toole                         1100 New York Avenue, N.W
280 Trumbull Street 15th Floor      Washington, District of Columbia 20005
Hartford, Connecticut 06103         (202) 408-4600

      **Re:** *Connecticut Fair Housing Center v. Corelogic Rental Property Solutions, LLC*

For the preparation and printing of the Joint Appendix in the above referenced case, the estimated cost for this appeal based on attached Estimate is $1,571.12.

The above dollar amount <u>does not</u> include the following:

☒ Brief        ☒ Brief Tables        ☒ Sales Tax

☒ Reply Brief        ☒ Any Court Filing Fees        ☒ Shipping/Postage

Requester Signature-1     _____    Date   ___5/21/2024___

                        **Timothy St. George**

Requester Signature-2     _____    Date   _____

                        **Christine E. Webber**

By signing and approving this order, Requesters acknowledges and agrees the above-listed law firms are solely responsible for equally split costs of the above-described work pursuant to the court's rules[†]. Separate payment in full must be made by the invoice date. Your firms will be invoiced for all services provided and will be held responsible for all such amounts, plus interest at the legal rate and all reasonable collections costs in event of non-payment 30 days from invoice date.

[†]1250.9(f) The appellants shall file a joint record or joint appendix and shall share equally the cost of that record or appendix.



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

**May 21, 2024**

**PURCHASE ORDER**

| | |
|---|---|
| **Jill M. O'Toole, Esq.** | **Christine E. Webber** |
| **O'Toole & O'Toole** | **Cohen Milstein Sellers & Toll PLLC** |
| **280 Trumbull Street 15th Floor** | **1100 New York Avenue, N.W** |
| **Hartford, Connecticut 06103** | **Washington, District of Columbia 20005** |
| | **(202) 408-4600** |

**Re:** *Connecticut Fair Housing Center v. Corelogic Rental Property Solutions, LLC*

For the preparation and printing of the Joint Appendix in the above referenced case, the estimated cost for this appeal based on attached Estimate is $1,571.12.

The above dollar amount <u>does not</u> include the following:

☒ Brief          ☒ Brief Tables          ☒ Sales Tax

☒ Reply Brief          ☒ Any Court Filing Fees          ☒ Shipping/Postage

Requester Signature-1    _____    Date    _____

**Jill M. O'Toole, Esq.**

Requester Signature-2    _____    Date    5/21/24

**Christine E. Webber**

By signing and approving this order, Requesters acknowledges and agrees the above-listed law firms are solely responsible for equally split costs of the above-described work pursuant to the court's rules†. Separate payment in full must be made by the invoice date.  Your firms will be invoiced for all services provided and will be held responsible for all such amounts, plus interest at the legal rate and all reasonable collections costs in event of non-payment 30 days from invoice date.

†1250.9(f) The appellants shall file a joint record or joint appendix and shall share equally the cost of that record or appendix.



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

**If the information provided on this page is in any way inaccurate, or if Record Press, Inc. must invoice a third party for this appellate work, please notify us IN WRITING with the correct name(s) and address(es) prior to the service and filing of this particular appeal.**

**Thank you,**

/s/ Nicole Garcia

Nicole Garcia
Tel: (212) 220-2763
E-mail: ngarcia@recordpress.com



**Appellate Consulting and Management**
229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

| Name/Address | Telephone/E-mail | **05-01-2024** |
|---|---|---|
| Jill M. O'Toole, Esq.<br>O'Toole & O'Toole<br>280 Trumbull Street 15th Floor<br>Hartford, Connecticut 06103 | Ph-(860) 519-5805<br><br>jotoole@otoolegroup.com | **ESTIMATE**<br><br>QTE2024-8159 |

| COURT | JOB TYPE | CAPTION |
|---|---|---|
| 2nd Cir. | Joint Appendix | Connecticut Fair Housing Center v. Corelogic Rental Property Solutions, LLC |

| JOINT APPENDIX | | | | | AMOUNT |
|---|---|---|---|---|---|
| **(6 copies = 6 court copies, 0 service copies and 0 client copies)** | | | | | |
| Number of Pages | 850 | @ | $2.05 | Printing/Covers/Binding | $1,742.50 |
| | | | | **SUBTOTAL** | $1,742.50 |
| | | | | 15% **COURTESY DISCOUNT** | ($261.37) |
| **SERVICE, FILING & e\*FILING\*\*** | | | | | |
| Court Filing | 1 | @ | $90.00 | | $90.00 |
| | | | | **SUBTOTAL** | $90.00 |
| | | | | **TOTAL** | **$1,571.12** |

**Comments: 15% Courtesy Discount**          SALES TAX & SHIPPING ARE NOT INCLUDED.

**Account Manager:  Nicole Garcia**

*BASED ON A TYPICAL JOB OF THIS SIZE, INVOICE WILL REFLECT FINAL SPECIFICATIONS
** NOT DISCOUNTED
† SUBJECT TO NUMBER OF HEADERS & CITATIONS IN FINAL BRIEF